AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2023 JUL 19  AM II: 31

JEF... ...LWELL
CLERK

BY_____DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | |
| DAVIN DANIEL MEYER | ) | Case No. |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |
| | ) | |

### ARREST WARRANT

TO:　Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* DAVIN DANIEL MEYER, who is accused of an offense or violation based on the following document filed with the court:

☐Indictment　　☐Superseding Indictment　　☐Information　　☐Superseding Information　　☒Complaint
☐Probation Violation Petition　　☐Supervised Release Violation Petition　　☐Violation Notice　　☐Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2339B (Attempting to provide material support or resources to a designated foreign terrorist organization)

Date: ___July 14, 2023___

_____
*Issuing officer's signature*

City and state: ___Denver, Colorado___

___Susan Prose, United States Magistrate Judge___
*Printed name and title*

---

### Return

This warrant was received on *(date)* ___July 14, 2023___, and the person was arrested on *(date)* ___July 14, 2023___ at *(city and state)* ___Denver, Colorado___.

Date: ___July 14, 2023___

_____
*Arresting officer's signature*

___SA SHANE QUINN___
*Printed name and title*