IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-mj-00121-SBP-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVIN MEYER,

    Defendant.

## NOTICE OF APPEARANCE OF COUNSEL

David S. Kaplan of the law firm Stimson LaBranche Hubbard, LLC hereby enters his appearance on behalf of Mr. Davin Meyer in the above-captioned matter. Pursuant to D.C.COLO.L.AttyR. 5(a)(3)(C), undersigned counsel certifies that he is a member in good standing of the bar of this court.

Dated: July 20, 2023.

Respectfully submitted,

*s/ David S. Kaplan*
David S. Kaplan
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone:  720.689.8909
Email:   kaplan@slhlegal.com

*Counsel for Davin Meyer*

**Certificate of Service**

      I certify that on July 20, 2023, I electronically filed the foregoing *Notice of Appearance of Counsel* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Melissa Hindman, AUSA
U.S. Attorney's Office – Denver
1801 California Street, Suite 1600
Denver, CO 80202

      *s/ Brenda Rodriguez*
      Brenda Rodriguez

2