DEFENDANT: Davin Daniel Meyer
a/k/a "Abdul Rahman ibn Meyer"
a/k/a "Abdul Rahman al-Amriki"

YOB: 2004

COMPLAINT FILED?   _X_ Yes   ___ No

If Yes, MAGISTRATE CASE NUMBER  23-mj-00121-SBP

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _X_ Yes   ___ No

OFFENSE(S): 18 U.S.C. § 2339B (Attempt to Provide Material Support or Resources to a Designated Foreign Terrorist Organization)

LOCATION OF OFFENSE: Douglas and Denver Counties, Colorado

PENALTY: NMT 20 years' imprisonment; NMT lifetime supervised release, NMT $250,000 fine; $100 Special Assessment

AGENT: Joni Tangeman
Task Force Officer, Federal Bureau of Investigation

AUTHORIZED BY: Melissa Hindman
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less   _X_ over five days

THE GOVERNMENT **will** seek detention in this case based on 18 U.S.C. § 3142(f)(1)(A)

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE:   ___ Yes   _X_ No