IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | | |
|---|---|---|---|
| Criminal Action: | 23-cr-00349-CNS | Date: | November 27, 2023 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Sarah Mitchell |
| Interpreter: | N/A | Probation: | N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Melissa Hindman* |
| v. | |
| 1. DAVIN DANIEL MEYER<br>**Defendant** | *David Kaplan* |

## COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session: 1:30 p.m.

Appearance of counsel.

Defendant present in custody.

**ORDERED:** **[19] Government's Motion to Appoint a Classified Information Security Officer is GRANTED. Winfield Scooter Slade is appointed as the CISO.**

Discussion held on status of the case including pending motions, discovery, future motions, and the Classified Information Procedures Act.

**ORDERED:** **Response to [28] Motion to Amend the Protective Order is to be filed on or before December 18, 2023.**

**Defendant is remanded to the custody of the U.S. Marshal.**

Court in Recess: 1:55 p.m.         Hearing concluded.         Total time in Court: 00:25