IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00349-CNS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. DAVIN DANIEL MEYER,
   a/k/a "Abdul Rahman ibn Meyer,"
   a/k/a "Abdul Rahman al-Amriki,"

       Defendant.

## NOTICE OF FILING OF CLASSIFIED STATUS REPORT

The United States of America, by and through the undersigned attorney, filed a classified *ex parte*, *in camera* Status Report directly with the Clerk of Court on July 24, 2024.

Respectfully submitted this 24th day of July, 2024.

                          MATTHEW T. KIRSCH
                          Acting United States Attorney

                          By: *s/ Jena Neuscheler*
                          Jena Neuscheler
                          Assistant U.S. Attorney
                          U.S. Attorney's Office
                          1801 California St., Ste. 1600
                          Denver, CO 80202
                          Telephone: 303-454-0100
                          E-mail: Jena.Neuscheler@usdoj.gov
                          Attorney for Government

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 24th day of July 2024, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic notification to all counsel of record.

                <u>*s/Jena Neuscheler*</u>
                Jena Neuscheler
                Assistant U.S. Attorney
                U.S. Attorney's Office
                1801 California St., Ste. 1600
                Denver, CO 80202
                Telephone: 303-454-0100
                E-mail:  Jena.Neuscheler@usdoj.gov
                Attorney for Government