IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | |
|---|---|---|
| Criminal Action: | 23-cr-00349-CNS | Date: July 31, 2024 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |
| Interpreter: | N/A | Probation: N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | *Melissa Hindman* |
| | *Jena Neuscheler* |
| **Plaintiff** | |
| v. | |
| 1. DAVIN DANIEL MEYER | *David Kaplan* |
| **Defendant** | |

### COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session:  1:31 p.m.

Appearance of counsel.

Defendant's appearance previously waived.

Discussion held on the status of the case.

**ORDERED:** The Government is to provide Section 4 of the Classified Information Procedures Act submission with a draft protective order on or before October 4, 2024.

Discussion held on entering a Protective Order or noticing of a classified Section 4 Hearing on or around November 8, 2024.

Discussion held on *ex parte* hearing with defense and the filing of an Ends of Justice Motion.

Court in Recess:  2:00 p.m.          Hearing concluded.          Total time in Court:   00:29