IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

---

| | |
|---|---|
| Criminal Action: 23-cr-00349-CNS | Date: March 5, 2025 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |
| Interpreter: N/A | Probation: N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Melissa Hindman* |
| v. | |
| 1. DAVIN DANIEL MEYER<br>**Defendant** | *David Kaplan* |

## COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session: 8:30 a.m.

Appearance of counsel.

Defendant present in custody.

Discussion held on status of the case, additional filings, and a motion for an ends of justice continuance.

**ORDERED: Parties are to contact chambers to set a two-week trial.**

**Defendant is remanded to the custody of the U.S. Marshal.**

Court in Recess: 8:41 a.m.     Hearing concluded.     Total time in Court: 00:11