**Wolff Child Psychology**
assessment • therapy • consultation

## Report of Psychoeducational Evaluation









































4. 



Jessica Torres PhD