# DISCHARGE SUMMARY*

Juvenile Diversion Counseling Program
4000 Justice Way
Suite 2525A
Phone 720-874-8680
Fax 720-733-4689

Name:   Meyer, Davin

\* Discharge Date
1/19/2021

\* Date of Completion:
1/19/2021

Interventions:
Art Therapy, Case Management, Experiential Therapy, Family Therapy, Individual Therapy, Restorative Justice

Treatment Summary and Gains:
Davin was referred to Diversion in September 2019 for Harassment-Telephone-Threat-Obscene. Over the course of Diversion, he worked through the individualized Restorative Justice Process (RJ) to take accountability for his offense. During this time, Davin worked on accountability, empathy, insight, impact, and making amends. Davin was able to discuss the factors that were present at the time of his offense. Davin was able to take accountability for his actions and complete a meaningful apology letter. Davin seemed to be accountable for the impact his behaviors had on others. In addition, Davin engaged in experiential therapy and appeared to respond well to the garden experience. He was able to engage with his peers and follow directions.

Davin worked with his individual therapist Dr. Ralph Everett, who reported that Davin was very engaged, always punctual, and recently was open and willing to discuss his diagnosis. Dr. Everett stated, "His thinking was solid and insightful; the email was long and very well written. When we discussed the reasons that he really fit one diagnostic cluster rather than the other, he listened carefully and clearly understood the subtleties between the two diagnoses. What impressed me was the degree of self-awareness he showed, as well as the research he had done." He went on to say that, "Unfortunately, these abilities have not been apparent in his school work. Online school has been a total failure for him".

This clinician was present during the IEP. It seems that Plum Creek struggled to implement and meet Davin's needs through his IEP. The IEP lacked supports for remote learning and computer skills despite the ongoing challenges with online learning. Notably, the communications instructor reported that her first communication with Davin was one week before the semester ended. Davin reported that he was unaware of another education portal and none of his teachers contacted him regarding this portal for two months. Deanna advocated for Davin and expressed much concern that no one had contacted her to let her know that he was struggling. Nicole Adimon seemed to be defensive and appeared to be hostile towards Deanna.

**Attachment #4**

# DISCHARGE SUMMARY*

Juvenile Diversion Counseling Program
4000 Justice Way
Suite 2525A
Phone 720-874-8680
Fax 720-733-4689

**Name:**   Meyer, Davin

Shortly after intake, Davin was hospitalized and returned home with the hope to secure in-home family services. Deanna was engaged and open to referrals provided by Diversion. The family tried to engage in family therapy with several providers, which failed to provide adequate or beneficial in-home services. After several attempts to secure in-home family therapy and a voluntary DHS case, the family became very discouraged by the quality of care and gap of in-home services for young people with neurodiversity. At times, progress was made during family therapy sessions with this clinician, however the family's need was more than what Diversion could provide due to ongoing challenges in the home and at school. Currently, Developmental Pathways has accepted Davin into their program and he will be eligible to receive services throughout his life. These services have been greatly impacted by COVID19. The family has not received any services from them at this time. In addition, this clinician requested a GAL who is now in contact with Deanna and will provide additional support regarding future challenges. After completing Diversion expectations, Deanna decided to place Davin in a residential wilderness therapy program called Apiro. Based on the progress made, Davin was able to meet most of his identified treatment goals successfully

Client's Support System:
Davin support system includes his mother, grandmother, Aspiro clinicians/staff, extended family, Dr. Everett, Developmental Pathways, and his GAL.

Potential Challenges:
Some potential challenges for Davin are receiving the appropriate support for academics. It will be important for Davin to have IEP goals that support remote learning and computer skills, when learning remotely. It will be important for teacher's to connect and communicate with Davin so he understands how the systems work, how to find information, log-in, and have clear expectations.

Recommendations:
The following recommendations would benefit Davin.
Davin will engage in therapeutic services within wilderness therapy and therapeutic boarding school.
Davin will engage in family therapy.
Davin will maintain positive peer relationships and will identify relationships that conflict with his personal goals and values.
Davin will use healthy coping skills to manage emotions.
Davin will practice RJ principles as needed.
Davin will maintain his physical exercise plan and maintain healthy nutrition.
Davin will engage in meaningful community activities.
Davin will communicate needs to family.

# DISCHARGE SUMMARY*

Juvenile Diversion Counseling Program
4000 Justice Way
Suite 2525A
Phone 720-874-8680
Fax 720-733-4689

Name:        Meyer, Davin

Davin will engage in IEP planning and appropriate educational services and resources.

Referral/Resources:
AllHealth Network (Local Community Mental Health Center) 303-730-8858
www.ahmhn.org
Aurora Mental Health (Local Community Mental Health Center) 303-617-2300
 www.aumhc.org
Mental Health Center of Denver (Local Community Mental Health Center) 303-504-6500
www.mhcd.org
Denver Family Therapy Center- (303) 456-0600 ext.120
Colorado Crisis and Support Line 844-493-8255 or text 3 TALK (8255)
http://www.metrocrisisservices.org/
National Suicide Prevention Lifeline 800-273-8255
Colorado PEAK — resource for access to benefits
https://coloradopeak.secure.force.com/

Suicide Prevention Lifeline- Deaf, Hard of Hearing, or have hearing loss:
Video relay service/ voice caption phone 800-273-8255
TTY 800-799-4889
Online chat
https://suicidepreventionlifeline.org/help-yourself/for-deaf-hard-of-hearing/

Treatment Provider's Contact Information:
720.733.4546

* Location:
4000 Justice Way, Suite 2525A, Castle Rock, CO 80109

CHECK COMPLETED ACTIONS:

* Treatment Plan Reviewed with Outcomes
Yes

* Successful Completion Letter
Yes

* Confirmed client agrees to email communication
Yes

Counselor Signature:

NextStep
DocuSign Envelope ID: 6CD942B5-ADE9-4941-A970-AE14A4892B27

Page 4 of 4

# DISCHARGE SUMMARY*

Juvenile Diversion Counseling Program
4000 Justice Way
Suite 2525A
Phone 720-874-8680
Fax 720-733-4689

Name:   Meyer, Davin

Date Signed
1/18/2021   *K. Clark* (signature)

## E-SIGNATURES

| Name | Signature | Witness / Responsible Party | Date | Signature Accompanied By... (Update/Seal) | Comment |
|---|---|---|---|---|---|
| @ Kori Clark, LPC, NCC, ATR-IT | *K. Clark* | | 1/4/2021 8:28:44 PM | Counselor Signature: | |
| @ = Changes have been made after this E-Signature. | | | | | |

DocuSigned by:
*Deanna Meyer*
09C50EC76F154D6...

1/29/2021