## Discharge Summary

### Demographics

| | |
|---|---|
| **Client Name:** Davin Meyer | **Date:** 03/26/2021 |
| | **Time:** |
| **Provider:** Christopher Tolen Psy. D. | **Date of Original MTP:** |
| **MR#:** 35971 | **Admit Date:** 01/04/2021 |
| **Date of Birth:** 11/03/2004 | **Date of Discharge:** 03/24/2021 |
| **Age:** 16 | **Length of Stay:** 80 days |

### Reason for referral or presenting problem

According to his mother: Davin is struggling to thrive at his school and at home and he has very little experience with success and with knowing how to become the best he can be. He has ASD, ADD, Math Learning Disorder, anxiety, and a low processing speed. I would like to see him have opportunities to be proud of who he is get to know his own strengths and weaknesses.

### Diagnosis

| Code System | Code | Description |
|---|---|---|
| ICD10 2020 | F84.0 | Autistic disorder |
| ICD10 2020 | F41.9 | Anxiety disorder, unspecified |
| ICD10 2020 | F90.0 | Attention-deficit hyperactivity disorder, predominantly inattentive type |

### Explanation of Changes to Diagnosis

### Master Problem List

| Date | # | Problem | Active | EST Completed | Date Resolved |
|---|---|---|---|---|---|
| 01/06/2021 | 1 | Autistic disorder | | | |
| 01/06/2021 | 2 | Other recurrent depressive disorders | | | |
| 01/06/2021 | 3 | Anxiety disorder, unspecified | | | |
| 01/06/2021 | 4 | Attention-deficit hyperactivity disorder, predominantly inattentive type | | | |

### Summary of Progress

| Problem # | | Long Term/Discharge/Graduation Goals |
|---|---|---|
| 1 | Autistic disorder | Davin will achieve a significant reduction in maladaptive social behavior while maintaining pro-social behavior.; Davin will achieve a significant reduction is aggressive and/or non-aggressive misbehavior.; Davin will replace maladaptive behavior with pro-social skills.; Davin will develop compensatory skills in order to function with minimal interference of symptoms associated with Asperger's Disorder.; |

| Problem # | | Long Term/Discharge/Graduation Goals |
|---|---|---|
| 2 | Other recurrent depressive disorders | Davin will experience a significant improvement in mood.; Davin will experience a significant improvement in parent child communication.; Davin will experience a significant reduction in Environmental Stressors.; |

| Problem # | | Long Term/Discharge/Graduation Goals |
|---|---|---|
| 3 | Anxiety disorder, unspecified | Basic Expectations- Davin will develop an understanding of the basic rules/expectations of Aspiro (i.e. 4 quarts of water/day, 3 meals/day, hygiene, structure of each day, group participation, peer interaction, etc.).; Cognitive Distortions- Davin will read through the cognitive distortions list in the blue book. Davin will then write down two examples describing times that he/she has experienced each cognitive distortion before Aspiro and while at Aspiro.; Davin will achieve a significant reduction in restlessness.; Davin will achieve a significant reduction in symptoms associates with anxiety disorder.; Davin will acquire relaxation/coping skills to effectively management stress/anxiety.; |

| Problem # | | Long Term/Discharge/Graduation Goals |
|---|---|---|
| 4 | Attention-deficit hyperactivity disorder, predominantly inattentive type | will develop compensatory skills in order to function with minimal interference of symptoms associated with ADHD; Davin will replace maladaptive behavior with pro-social skills.; Davin will be able to successfully implement compensatory skills for the management of ADHD symptoms.; Davin will be able achieve a significant increase in compensatory skills for the management of ADHD symptoms.; |

### Medication

| | |
|---|---|
| Psychotropic Medications | |
| Other Medications | |
| Explanation of Changes | |

### Discharge Planning

| | |
|---|---|
| Anticipated Discharge Date | 03/24/2021 |
| Living Arrangements | |
| Education | |
| Therapy (Specify individual, family or group treatment) | |
| Discharge Transition Obstacles | |

### Discharge Recommendations

While in therapy at Aspiro, Davin demonstrated increased ability with communication, compliance, and engagement with others. He demonstrated increased skill with acquiring both social and emotional support, as well as more effective decision-making. Davin is in the beginning stages of benefiting from social and emotional support of peers and staff members, and was better able to independently access and utilize both anger and anxiety management skills. Davin showed a degree of development and growth with his ability to live in a family-like environment and had started to recognize the need for organization, leadership, structure, and community in his life. These skills are still in their infancy and have not yet been fully embraced and incorporated into Davin's daily life. Until his discharge, Davin continue to have difficulty engaging with his peers, eliciting support, managing anxiety, and spontaneously participating in supportive behaviors and leadership at an age-appropriate level.

Davin was given multiple therapeutic assignments and was able to engage in and successfully complete these assignments.

Self-Care and Organization
Davin was generally able and proficient at taking care of his individual needs and gear while in the wilderness. There were times, however, where he had difficulty recognizing and advocating for his own needs. He did not always recognize when he had an important need. For instance, he would often need guidance, direction, and help to recognize when he needed to wear a coat and keep himself warm. As his mother has indicated, there are times when he doesn't know what he needs and will have difficulty asking for help. In general, Davin was able to demonstrate good organizational skills with both his food and his equipment. He had no difficulty demonstrating independence with hygiene. He was also adept at keeping himself hydrated and fed. He became proficient at cooking his own meals, eating regularly and asking for more food when he needed it.

Social Relationships
From the beginning of his stay, this was an area of difficulty for Davin. Davin does not always highly value social relationships, friendships, and attention from others. More often than not, he would prefer to sit on the periphery of the social circle and work independently and alone. He had difficulty establishing friendships and relationships, but also lacked significant motivation and interest in this area. Davin independently requested to be placed at Novitas and admitted that his request for this placement was in part due to the fact that a familiar face would be there with him. There are times when Davin will overstate his difficulties or exaggerate his discomfort. For instance, during a video call with his mother, he stated that he has likely suffered from hypothermia. Davin appears to be able to demonstrate a degree of self-awareness and mindfulness, along with a sensitivity to the needs and well-being of those around him. Again, this skill is in early development and has not yet been fully incorporated and established. He has recently embraced a passion for following Islam and becoming a Muslim. During his stay, Davin would pray on a fairly regular basis in regards to his commitment to Islam. He has expressed a strong desire to recognize Ramadan in April.

Emotional Regulation
Davin increased in his ability to demonstrate self-awareness and accountability. He learned and began applying skills to cope with unpleasant feelings, depression, anxiety, and frustration that accompanies difficult and stressful situations. Transitions were difficult for Davin. He had difficulty managing anxiety and stress when he felt that information was maybe being kept from him, or when things did not go as he had anticipated or planned. During these times, Davin felt intense anxiety and had difficulty functioning effectively. He is currently in the initial phases of learning how his internal emotional and cognitive processes interact and impact behavior. Continued work in the development of self-awareness, emotional regulation, empathy, and social boundaries is recommended. Overall, Davin was generally able to appropriately regulate emotion and attenuate intrusive anxiety. During his stay, he demonstrated an increased ability to handle frustration and stressful situations. He regularly practiced the utilization of basic anxiety management and anger management coping skills.

Behavior Regulation
During his stay at Aspiro, Davin was never a "behavioral problem." He increased his ability to engage in mundane, as well as challenging tasks. During his stay, it was expected of him that he would become practiced and proficient at utilizing his time wisely, completing assignments, making group presentations, taking accountability, and making decisions that benefited both him and others.

Academic Skills
As part of Aspiro's curriculum, Davin was required to read a minimum of three books during his stay. He was unable to complete this task. He only finished reading one book. He returned to books stating that he didn't have interest in them. It is suspected that he may have had some form of difficulty with the reading material. He was also required to complete many writing assignments that were both therapeutic as well as academic in nature. In general, Davin was able to complete his writing assignments, but demonstrated difficulty finishing his reading assignments. He finished reading the Anatomy of Peace.

Self-Efficiency
Davin was able to develop increased levels of self-confidence, efficiency, organization, and self-worth. This was done and accomplished by successfully completing challenging tasks and activities. Davin continues to believe that he wants to adhere to one pathway. That pathway is following Islam. He will continue to have challenges with accomplishing goals outside of this identity. He will require continued opportunities and experiences that are designed to require effort, patience, resilience, focus, creativity, and determination.

Family Issues
Both Davin and his mother worked to address their relationship and family dynamics. Davin was in regular communication with both his mother and maternal grandmother. This was accomplished through letter writing. He also made occasional contact with his paternal aunt. Davin's mother demonstrated a strong willingness to focus on Davin's needs and well-being. There were times, when she had difficulty allowing Davin to be uncomfortable. When he reported that he was suffering in some way or was sick, it was likely that she would make multiple follow-ups with different departments to rectify these issues. She is strongly concerned with Davin's well-being, and is also aware that Davin has challenges advocating for himself.

Additional Recommendations
It is recommended that Davin transition directly into a therapeutic boarding program. Davin will continue to require and benefit from a structured and consistent therapeutic environment which simultaneously provides academic, therapeutic, and social supports. It will be beneficial for him to engage in activities and opportunities where he is able to learn new skills and hobbies in the development and refinement of identity. Davin will require individual therapy, group therapy, and family therapy. He has difficulty engaging in social activities and being a part of the community. If Davin is returned home prematurely, it is certain that he will quickly return to previous behaviors including isolation, resistance to structure, social and emotional distress, debilitating anxiety, and hostile confrontations with his mother. These behaviors and emotional issues were the cause of acute disruption in his family life as well as his possibility for future success.

### Name of person doing medical check

### Treatment Team Signatures

| | |
|---|---|
| --Digitally Signed: 03/31/2021 11:43 pm | Psychologist Christopher Tolen Psy. D. |

**Attachment #5**