

June 4, 2025

To Whom It May Concern,

Mr. Davin Meyer has been approved to admit to The Raleigh House rehabilitation center for Intensive Residential Treatment.  Mr. Meyer is expected to complete a minimum of 30 days of residential treatment while in our care, with the potential for an extended stay up to 3 to 6 months based on clinical recommendation, medical necessity and ability to self pay. Patients admit to residential level of care and are stepped down to lower levels of care based on clinical assessment and appropriateness.

During this time, we can issue any updates on treatment needed for persons or institutions for which Mr. Meyer has signed a Release of Information (ROI).  We provide residential services for both primary mental health and for substance use disorder clients.  Intensive Residential Treatment (IRT) is a sub-acute facility-based program that provides care 24 hours per day with assessment and diagnostic services, active behavioral health treatment services, medical and nursing assessment, stabilization of symptoms, and an increase in adaptive levels of functioning in a secure and supervised setting.  Clients receive the following services at this level of care: individual therapy, group therapy, relapse prevention, substance use and mental health education, nursing assessment and psychiatric assessment from a Raleigh House designated medical professional, structured recreation, community based recovery support groups, family therapy, and therapeutic milieu experience.

If you have any further questions or require verification, please do not hesitate to call me via cell at 862-763-2482 or by email at [janet@theraleighhouse.com](mailto:janet@theraleighhouse.com).

Thank You,

*Janet Hardin*

Janet Hardin, MHA
Director of Admissions
325 S Almstead Rd
Watkins, CO 80137

**Attachment #6**