Dear Honorable Judge Neureiter,

I hope you will take the following comments into consideration when making a decision regarding my son's detention hearing and the opportunity for him to get treatment at the Raleigh House.

After Davin's first detention hearing, he served 14 months in the Washington County Justice Center. During this detainment, he continued to perseverate on his belief in Islam due to his autistic obsession and his need to self regulate and comfort himself as a way to cope through his difficult situation. He was often in solitary confinement for his safety from others who wanted to harm him. Eventually, he was moved to the Federal Detention Center because he was having an increasingly hard time coping with the conditions at Washington County.

Within one month after Davin was moved to the FDC, he decided that he wasn't going to practice Islam any longer. He stopped praying, and started searching for other beliefs that would help him cope and wouldn't be self-destructive. Since October of 2024, Davin has been pulling away from Islam.

Approximately 3 months ago, Davin completely broke from any belief in Islam and stated that he regretted believing in what he called a "destructive cult." At the same time, he started self-cutting all over his body and was struggling with depression since, I believe, he let go of his main coping strategy. A little over a month ago another significant breakthrough, he admitted his autism diagnosis and acknowledged his suffering from significant disabilities. He started struggling with depression and felt he had nothing to look forward to in life since he isn't able to function or succeed like someone without disabilities. This is the first time in his life that he has admitted that he has serious mental health conditions.

Attachment #7

Shortly after having this discussion with Davin, he accidentally cut himself deeply on his arm and he was put on suicide watch for 24 hours. Although not a suicide attempt, once he was taken off of suicide watch, I spoke with him and he told me he wanted to get into treatment so he could work on his depression and on becoming a healthy and functional member of society. He told me that he wants the opportunity to change his life, feel like he can belong and be successful independently. Although it was heartbreaking for me to see his sadness, I was also relieved to see him embrace his own reality and his willingness to work on himself.

Throughout Davin's 23 months of detention, he has called me on every opportunity available to him expressing his love for me and concern for what he has put me through. As we have gone through this difficult time together, I have watched him grow and gain self-awareness and I witnessed him going from being obsessed with a dangerous belief into being able to recognize that his belief was misguided and was what put him in this difficult situation. I hope that he will be able to have this opportunity to better himself and work on his underlying issues and his disability.

Our family is committed to making sure Davin succeeds in his treatment at Raleigh House. I have the availability and commitment to be there for this process. I work from home and my work hours are flexible. I will be able to take part in this treatment process and if Davin can come back home to engage in their outpatient program, I will be able to escort him to any appointments, outpatient care, and ensure that he has no access to the internet. I am willing to do whatever I need to in order to assure the courts that this process is safe and beneficial for Davin, our family, and for the community.

I appreciate your time and consideration and request that you allow my son the opportunity to heal and work towards a better tomorrow.

Sincerely,

Deanna Meyer