IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cr-00349-CNS-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVIN MEYER,

    Defendant.

## DAVIN MEYER RELEASE STATUS

David S. Kaplan of the law firm Stimson LaBranche Hubbard, LLC hereby provides the court with a Release Status report as directed by the court.

On June 27, 2025, a Bond Release Hearing was conducted on behalf of Defendant Davin Meyer before Magistrate Judge N. Reid Neureiter. The court granted Mr. Meyer's request to be released to Raleigh House, a residential treatment program, for an initial 30-day period. Prior to the expiration of 30 days, defense counsel was directed to provide a release plan for a subsequent period of time (Doc. 87). Mr. Meyer was ordered return to court on July 2, 2025, for a Bond Release Hearing—dressed for release.

Mr. Meyer appeared, in custody, before Magistrate Neureiter on July 2, 2025, where he was advised of the conditions of bond and subsequently released the same day. (Doc. 88).

Mr. Meyer has been residing and receiving treatment at Raleigh House since his release on July 2, 2025. He has been compliant with his conditions of release. Counsel

has been in contact with Mr. Meyer's treatment providers who indicate he is doing well, participating in the requirements of treatment, and complying with the rules of the facility. Based on the recommendations of Raleigh House it is believed that an additional 30 days in the same program and residential status will be beneficial and help with his continuing progress.

    It is requested that Mr. Meyer remain in the residential program at Raleigh House with the same conditions as previously imposed. Counsel will provide a status report and a proposed release plan for any subsequent time period.

    Ms. Hindman has been apprised of the filing and content of this Status Report.

Dated: July 30th, 2025.

                      Respectfully submitted,

*s/ David S. Kaplan*
David S. Kaplan
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone:  720.689.8909
Email:   kaplan@slhlegal.com

*Counsel for Davin Meyer*

**Certificate of Service**

I certify that on July 30, 2025, I electronically filed the foregoing *Davin Meyer Release Status* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Melissa Hindman, AUSA
U.S. Attorney's Office – Denver
1801 California Street, Suite 1600
Denver, CO 80202

*s/ Nancy Hickam*
Nancy Hickam, Paralegal