**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:23-cr-00349-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVIN MEYER,

    Defendant.

## MOTION TO DISMISS FOR EXTREME AND OUTRAGEOUS GOVERNMENT CONDUCT

Davin Meyer, through counsel, respectfully requests that the Court dismiss the Indictment based on the extreme and outrageous conduct of the government.[1]

### Background

Davin has been diagnosed with autism, a learning disorder, anxiety, and major depressive disorder. He scores in the second percentile relative to his peers in his ability to function in everyday life. He scores in the first percentile for functioning in social situations. He can't drive a car or hold down a job. In his last two semesters of school, he failed 14 of 16 classes. On the day of his arrest, it took him almost an hour to get from the drop-off lane at DIA to the TSA security line. After passing through security, it took him almost another hour to get to his gate at A21. Because of his deficits related to autism, Davin did not have friends, and he wasn't involved in any activities. As a result, he was uniquely vulnerable to manipulation and exploitation online.

---

[1] This Motion is opposed.

Davin first came to the attention of law enforcement because his mother, Deanna, called the police looking for someone to help her son. He had previously shared suicidal ideations and been placed on multiple mental health holds. His mother had spent thousands on therapy and even inpatient treatment. And now he was obsessed with Islam and expressing some scary ideas. His mother called the police "seeking mental health resources" for her son. She was concerned that Davin was vulnerable to "grooming" online and that "someone online [was] going to drag him into something nefarious." What Deanna didn't know was that the very people she reached out to for help were going to "groom" her son into trying to do something nefarious.

The FBI knew how vulnerable Davin was. The investigator in this case, Task Force Officer ("TFO") Tangeman obtained records of meetings with Deanna, Douglas County schools, Douglas County human services, court staff, and law enforcement where they worked together to try to find ways to help Davin. TFO Tangeman obtained his school records, his treatment records, and his Individualized Education Plan ("IEP"). They showed that Davin could not succeed in a general education setting and that multiple providers had recommended full-time residential treatment. TFO Tangeman spoke numerous times with Deanna. She gained Deanna's trust. Deanna told TFO Tangeman that Davin struggled with motivation and basic life tasks, he had no friends, she didn't think Davin could survive on his own, and she was worried that her son was being "brainwashed" by radical videos online. She expressed her frustration that she couldn't find or afford additional resources to help Davin.

Rather than help Deanna find resources for Davin, work to get him into treatment, or – as the FBI has done in other cases – try to talk Dylan off of the radical views he'd been fed online, the FBI launched a campaign to incriminate him. TFO Tangeman requested and obtained surveillance of Davin. The FBI employed two confidential informants to pretend to be ISIS agents and recruit Davin to ISIS. The FBI would then employ these two confidential informants and thousands of man hours to incriminate a boy with special needs.[2]

Davin turned 18 on November 3, 2022. His conversation with the FBI informants began on November 4, 2022. Confidential Human Source 1 ("CHS-1") asked Davin, "how can i help you?" Davin expressed that he knew nothing about the process of immigrating to the middle east to join ISIS. So CHS-1 agreed to help him. Over the course of the next eight months, CHS-1 and CHS-2 would practically walk Davin onto the DIA jetway where he was arrested.

CHS-1 told Davin that if he wanted to travel to the middle east to join ISIS, or make "hijra," he should make a video pledging his support of ISIS and send it to CHS-1. As the conversation continued, CHS-1 assured Davin that he would help him and that there would be brothers to meet him once he arrived in the middle east. Davin was instructed that he needed to get a passport and a job to pay for his flight. CHS-1

---

[2] The government became aware of Davin in the summer of 2022, if not earlier. For months, the government employed digital surveillance, undercovers, confidential human sources, and aerial and ground surveillance, which involved teams of five to seven agents tailing Davin, though he rarely left home except to take walks on a nearby trail.

regularly followed up with Dylan in the coming months to check on Dylan's status with getting a passport and finding a job.

CHS-1 and CHS-2 encouraged Davin to stay out of trouble and not change his routine so as not to attract attention to himself. They encouraged him to minimize his online activity. They told him to make sure that no one knew of his plans to immigrate to the middle east. They also encouraged him to be good to his mother. They knew that further outbursts or issues could lead his mother to get Davin help, or cause someone else to step in. Like sexual predators grooming their victim, CHS-1 and CHS-2 wanted to isolate Davin. In addition, CHS-1 and CHS-2 were on the government's payroll. They'd worked with the government before. They knew that they had a chance to make some money off of Davin, and they wanted to make sure that Davin didn't mess it up.

In late November, CHS-1 arranged for Davin to meet with CHS-2. CHS-1 told Davin that CHS-2 was a trusted brother who would help Davin travel to the middle east to join ISIS. Even this was a challenge for Davin. Davin explained that it might be hard for him to get to the meeting because his mother was strict about him leaving the house. Davin asked CHS-1 for suggestions on how to get to the meeting without alerting his mother. Davin proposed having CHS-2 pick Davin up at the end of his driveway because he only had $50 and couldn't afford an Uber. CHS-1 rejected this plan, and Davin agreed to take an Uber.

The meet was supposed to happen in a coffee shop. CHS-1 had to walk Davin through it, instructing him to go inside the coffee shop and talking Davin through ordering and approaching CHS-2. Afterwards, Davin turned to CHS-1 for help with

getting home. Davin asked, "If worst comes to worst, should I call my mother to pick me up?" Davin ultimately called his mother for a ride home.

CHS-1 continued to follow up with Davin in December and January about Davin getting a passport and finding a job to fund his flight to the middle east. But Davin was struggling to find a job. CHS-1 provided encouragement, telling Davin that his flight would be to Ankara or Istanbul and that someone would meet him there and help him.

In mid-January, Davin reported that he had found a job. CHS-1 wanted to know how many hours per week and how many dollars per hour. Davin had not, however, gone out and found a job. His mother had convinced a friend to hire Davin as a favor. The friend owned a feed store. The friend hired Davin to work a limited schedule. But Davin required full-time supervision of another employee and frequently stopped working to take prayer breaks. Everyone at the feed store knew that Davin had autism and did their best to help him out. But Davin would be given fewer and fewer hours of work each week based on his limited usefulness as an employee.

CHS-1 then arranged another in-person meeting between Davin and CHS-2. CHS-1 again handheld Davin all the way to the meetup, guiding Davin into the back of a black SUV behind an IHOP. CHS-2 encouraged Davin to keep saving and not to get fired for leaving the job to pray.

CHS-1 continued to check in on Davin throughout February. He always wanted to know how much money Davin had made and how soon he could be ready. Throughout the grooming process, CHS-1 and CHS-2 were friendly and encouraging. CHS-1 told Davin he looked forward to meeting him in person, that Allah would sort

everything out for him, and that he was speaking to him as a father. CHS-2 told Davin how proud he was of him and praised him for his looks, his smarts, and his commitment.

  CHS-1 continued to ask about where Davin was financially. He wanted to know what Davin had made, what he'd purchased, and what he'd saved. Davin told CHS-1 that work was slow. He was only working about four hours per week at this point. This was true. Davin's mother's friend had hired him as a favor. Given that Davin wasn't particularly helpful on the job, his hours had been cut back. Davin confessed that even after four months of talking about working and saving, he only had $260.

  CHS-1 continued checking in through April. He tried to keep Davin on track. He told Davin, "there are many signs of businesses seeking help in your area." CHS-1 began to get impatient, asking, "Did you try to find a new job?" "Time is passing." "Try to find a job so we can do it." He applied pressure. "I am talking to you now like a father to a son. I think you need to find a job . . . . How much you save so far?" He told him, say some prayers and find a job.

  As time passed, CHS-1 grew increasingly frustrated with Davin's inability to find work. "Did you check around your area if they are hiring?" Davin said he had not. CHS-1 encouraged him to keep searching and said that he will check back in a week. CHS-1 said again, "I am talking now like a father so accept my honesty." He told Davin, "I need to update the brothers about the situation." "Search more." "If you have pure intention to do hijrah you will search more and you will find."

6

The truth was that Davin was completely incapable of finding a job on his own. He was completely incapable of saving money on his own. The government knew this from Davin's records, conversations with his mother and others who knew him, and the government's own interactions with Davin.

Tragically, this stopped being a problem in early June. Davin's mother thought he should try to have some independence. She got Davin his own apartment and provided some upfront money for groceries and expenses. Davin immediately turned around and told his online "friend" CHS-1 that he now had the money for travel and explained why.

The government was ready to take advantage of the situation. CHS-1 wanted to know the exact financial details. Davin had gathered $122 in five months of attempting to find work. He now had $3000 from his mother. CHS-1 arranged another meeting with CHS-2. They met in a car in a parking lot. CHS-2 told Davin he was "proud" of him and that he "would love to come and see you one more time before you leave to give you a hug." CHS-2 expressed regret that he wasn't a younger man in Davin's shoes.

CHS-1 and CHS-2 instructed Davin to book a flight to Ankara. They instructed him on when to book it. They assured Davin that "our brothers . . . your family will be waiting for you over there." They instructed Davin to get a visa. Davin was unsure about the visa process and asked CHS-1 for help. Davin sent CHS-1 a screenshot of his visa application to confirm he'd done it right. CHS-1 instructed Davin to make sure that he booked a hotel for one night in Turkey so that he could tell customs officials where he was staying. They instructed Davin to bring cash: $500-$600 in multiple denominations. CHS-1 instructed Davin to leave his computer someplace that a trusted brother could

7

pick it up and properly dispose of it. CHS-1 assured Davin that he would be with him every step of the way through text communication. He told Davin, "don't worry I will be with you during the whole thing inshallah. Because your phone will be with you [a]nd there is internet that you can connect on." CHS-1 also assured Davin that there would be someone waiting for him at the airport with a sign, that "Brothers are ready to receive you," and "I will be one of the first to welcome [you.]"

When Davin said that he was feeling "queasy" and "so stressed about never seeing my mother again," CHS-1 responded, "Brother this is all normal feeling for brothers who are travelling, may Allah guide you." Davin asked, "But the brothers would be able to emotionally console me if I have problems when I first get there, right?" CHS-1 responded, "Inshallah brother they are there for you."

Davin followed the government's script. He got the online visa. He booked the flight to Ankara for the time he was told. He brought $600 in cash in multiple denominations. Despite the CHSs encouragement, Davin didn't bring any gear for fighting with ISIS. He took a Lyft to DIA. He got confused at the airport. It took him 48 minutes to get to the security line. Once he passed through security, it took him another 48 minutes to get to his gate. He was arrested when he tried to board the plane.

## Controlling Law

"When the government's conduct during an investigation is sufficiently outrageous, the courts will not allow the government to prosecute offenses developed through that conduct." *United States v. Sandia*, 188 F.3d 1215, 1219 (10th Cir. 1999). "Government conduct is outrageous if considering the totality of the circumstances in

8

any given case, the government's conduct is so shocking, outrageous and intolerable that it offends the universal sense of justice." *Id.*

The government may not "involve itself so directly and continuously over such a long period of time in the creation and maintenance of criminal operations, and yet prosecute its collaborators." *United States v. Twigg*, 588 F.2d 373 (3rd Cir. 1978). In *Twigg*, the government compelled an informant to recruit two men, Neville and Twigg, to participate in a meth-making operation. Neville fronted some cash for the operation. The government provided the location for the lab and most of the supplies. The informant cooked the meth. Twigg provided minor assistance, like running errands for the informant. Neville picked up the finished meth from the lab. Both men were arrested shortly after the pickup. The Third Circuit reversed their convictions. The Third Circuit held that "the nature and extent of police involvement in this crime was so overreaching as to bar prosecution of the defendants as a matter of due process of law." *Id.* at 377.

## **The Government and Its Agents Engaged in Extreme and Outrageous Conduct**

### *The Government Made This Happen*

The government's conduct was far more egregious and overreaching here. Unlike the defendants in *Twigg*, Davin was an autistic child with serious deficits and serious mental health problems. He was also being groomed by a notorious ISIS recruiter. The government knew all this. And rather than help the American boy with special needs, they helped the notorious terrorist recruiter.

Records obtained by TFO Tangeman show that Davin has been diagnosed with autism, a learning disorder, attention deficit/hyperactivity disorder, provisional

9

oppositional defiant disorder, anxiety disorder, and major depressive disorder. He was removed from public school in the third grade when the school told his mother that they did not have the tools to provide for Davin. He bounced around different schools for students with special needs. He does not dress appropriately for the weather, wearing sweats and hoodies on very hot days and nothing but shorts and a t-shirt on cold days.[3] He spends a significant amount of time engaging in repetitive motions or behaviors that soothe him. Consistent with his autism diagnosis, he can become obsessed, or "stuck," on a specific topic for an extended period of time. He struggles to stay on task and complete tasks – even tasks related to eating and hygiene – without reminders from his mother. Once Davin moved into his own apartment, FBI surveillance teams saw that Davin rarely left his apartment. They watched as his mother showed up to bring Davin groceries and take out his trash.

The notorious terrorist recruiter trying to pull Davin into ISIS was Anjem Choudary. As reported by the New York Times, "It is hard to overstate the role Mr. Choudary has played in motivating Islamic extremists . . . No other British citizen has had so much influence over so many terrorists." Ceylan Yeginsu, *One of U.K.'s Most Prolific Extremist Cells is Regrouping*, N.Y. Times, May 18, 2019.[4] He has since been convicted in the U.K. of directing a terror organization and sentenced to life

---

[3] FBI agents surveilling Davin cited his clothing choices as evidence that he was preparing for a hotter climate by taking walks on hot days in sweat pants and a sweatshirt. However, this behavior is a well-documented symptom of autism. C. Alley, *Autism Spectrum Disorder in the Criminal Justice System*, pg. 2 (Routledge 2022).
[4] https://www.nytimes.com/2019/05/18/world/europe/uk-extremist-cell-anjem-choudary.html.

imprisonment. Dominic Casciani, *Anjem Choudary Jailed for Life*, BBC, July 30, 2024, https://www.bbc.com/news/articles/c3geqp8vx08o.

As a child recruited by an international terrorist organization, Davin was the victim of a war crime. "Child recruitment is prohibited by international law." U.N. Office on Drugs and Crime, *Handbook on Children Recruited and Exploited by Terrorist and Violent Extremist Groups: The Role of the Justice System*, Vienna, 2017, pg. 22, https://perma.cc/5N3G-MM8B. "Children who have been recruited and exploited by terrorist and violent extremist groups are victims of violence at multiple levels . . . Regardless of the variations of the phenomenon, according to the international legal framework, the recruitment and exploitation of children by terrorist and violent extremist groups are to be considered a serious form of violence against children." *Id.* That said, Anjem's involvement with Davin was much more limited than the CHSs' involvement with Davin. Unlike the CHSs, Anjem never provided planning, support, and step-by-step instructions for joining ISIS.

In other cases where children and young adults were victims of ISIS's online recruitment efforts, the government stepped in to help. In a similar case, the FBI learned that a 19-year-old Denver woman was being recruited to join ISIS in Syria. Dina Temple-Raston, *When Americans Head to Syria, How Much of a Threat Do They Pose?*, NPR, Dec. 12, 2014, https://perma.cc/MS66-RF4N. Rather than pretend to be ISIS agents and walk the woman through pretend steps to join ISIS, like they did with Davin, the FBI tried to convince her not to travel to Syria. *Id.* Over the course of five months, the FBI met with her *nine times*. *Id.*; *United States v. Conley*, 14-cr-163-RM,

Doc. 81 (D. Col. Dec. 9, 2015). The FBI identified agents who were practicing Muslims versed in the Koran and had those agents travel to Denver to explain to the woman why her views on ISIS were misguided. *Id.*; *Conley*, 14-cr-163-RM, Doc. 81. The woman ignored the repeated advice of the FBI and arranged to travel to Syria anyway. *Id.* FBI agents picked her up at the airport. She ultimately pled to a lesser offense with a statutory maximum sentence of five years. *Id.*; *Conley*, 14-cr-163-RM, Doc. 81. This was an adult woman and certified nursing assistant who had no developmental disabilities, and rather than encourage her to join ISIS, the government did everything it could to dissuade her. *Id.*; *Conley*, 14-cr-163-RM, Doc. 81. It is the opposite of the approach they took with Davin, an isolated boy with serious special needs.

With Davin, the government was integrally involved in every step of the alleged criminal activity. The CHS agents provided a lonely and vulnerable boy encouragement and companionship. They worked to isolate him from the resources and the people who might have helped him. They came up with the plan for traveling to join ISIS. The CHS agents told Davin where to go, when to go, what to bring, and what to do once he got there. They followed up every step of the way to make sure Davin stuck to the plan. Without the CHS agents, Davin would have never left his mom's house.

*The Government Groomed Davin for ISIS*

Rather than help Davin, the government groomed him to support ISIS. The FBI itself recognizes the close connection between grooming children for unlawful sexual activity and grooming children to support ISIS. As described by an FBI supervisory special agent, recruitment online by ISIS is "akin to what pedophiles do when they're

12

grooming kids online." Tony Kovaleski, *How ISIS Is Recruiting American Teens*, Denver 7, Feb. 8, 2016, https://www.denver7.com/ news/investigations/ denver7-investigatesn-how-isis-is-recruiting-american-teens. In the sexual context, "grooming is the formation of an emotional connection with the child and a reduction of the child's inhibitions in order to prepare the child for sexual activity." *United States v. Isabella*, 918 F.3d 816, 833 (10th Cir. 2019). In other words, it "is the process whereby a sex offender earns the trust and confidence of a victim." *United States v. Batton*, 602 F.3d 1191 (10th Cir. 2010). "Grooming" is a federal offense, punishable by imprisonment of "not less than 10 years or for life." *Isabella*, 918 F.3d at 831; 18 U.S.C. § 2422(b). Grooming is established by communications "crafted to appeal to the minor, flatter him, impress him, and encourage him." *Id.* at 833. That is exactly what the government did here.

*The Government Failed to Accommodate for Davin's Youth and Disability*

The federal government has long recognized that individuals with special needs are deserving of extra protections under the law. "Title II of the Americans with Disabilities Act (ADA) protects individuals with . . . intellectual and developmental disabilities (I/DD) from discrimination within the criminal justice system."[5] U.S. DOJ, *Examples and Resources to Support Criminal Justice Entities in Compliance with Title II of the ADA*, https://archive.ada.gov/cjta.pdf. "Nondiscrimination requirements, such as providing reasonable modifications to policies, practices, and procedures and taking appropriate steps to communicate effectively with people with disabilities . . . support

---

[5] While the ADA applies to the states, the same protections apply to the federal government through the Rehabilitation Act.

the goals of ensuring public safety, promoting public welfare, and avoiding unnecessary criminal justice involvement for people with disabilities." *Id.* These obligations apply when "an agency employee knows or reasonably should know that the person has a disability." *Id.*

Moreover, we have long recognized that there are important differences between juveniles and adults. *E.g.*, *Roper v. Simmons*, 543 U.S. 551 (2005); *Graham v. Florida*, 560 U.S. 48 (2010). In *Roper*, the Court cited "three general differences between juveniles under 18 and adults," including that juveniles have a "lack of maturity and . . . underdeveloped sense of responsibility," that "juveniles are more vulnerable or susceptible to negative influences and outside pressures," and that "the character of a juvenile is not as well formed as that of an adult." 543 U.S. at 569-570. *Graham* stated that "developments in psychology and brain science continue to show fundamental differences between juvenile and adult minds. For example, parts of the brain involved in behavior control continue to mature through late adolescence." 560 U.S. at 68. The DOJ has similarly long recognized that the juvenile brain is different. DOJ, Justice Manual 9-8.000 – Principles of Juvenile Prosecution, https://perma.cc/R49E-XAWC. Based on factors unique to juveniles, prosecutors have the discretion to forego prosecution of a juvenile in the interest of justice. *Id.* If a prosecutor chooses to pursue a case against a juvenile, numerous additional procedural protections for the juvenile apply, and any sentence is capped at five years. *Id.*

Davin was a boy when he was first exposed to ISIS ideology and one of ISIS's most notorious and effective recruiters. He had been 18 for one day when his

conversation with CHS-1 began. Even though he was technically 18, he was cognitively much, much younger. The government exploited him anyway.

### *The Government Failed to Protect Davin*

The DOJ and FBI have recognized in many other situations that American children recruited by ISIS online are victims who need help. In 2014, three teenage girls in Denver were recruited to join ISIS. Dina Temple-Raston, *Denver Emerges as a Model for Countering ISIS Recruiting Tactics*, NPR, Dec. 11, 2014 https://perma.cc/6QQ9-W8VJ. The three girls made arrangements to travel to Syria, they skipped school and went to the airport, and they made it as far as Germany. *Id.* Their parents figured out what had happened and contacted the FBI. *Id.* The FBI rescued these girls in Germany and brought them back to their parents in Denver. *Id.* The government elected not to press charges against the girls. Rather, Department of Homeland Security personnel and prosecutors recognized that these girls were "susceptible individuals" who were victims of "online predators." Unlike Davin, these girls did not suffer from developmental disabilities that made them even more vulnerable to recruitment and exploitation online. Rather than protect Davin's vulnerabilities, the government exploited them.

### **Conclusion**

For these reasons, the government engaged in extreme and outrageous conduct and was so inextricably intertwined in the alleged offense conduct that the charge must be dismissed. The defense requests an evidentiary hearing on this Motion.

Dated: July 31, 2025.

Respectfully submitted,

*s/ David S. Kaplan*
David S. Kaplan
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
720.689.8909
kaplan@slhlegal.com;

*Counsel for Davin Meyer*

## Certificate of Service

I certify that on July 31, 2025, I electronically filed the foregoing *Motion to Dismiss for Extreme and Outrageous Government Conduct* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Melissa Hindman, AUSA
U.S. Attorney's Office – Denver
1801 California Street, Suite 1600
Denver, CO 80202
melissa.hindman@usdoj.gov

*s/ Nancy Hickam*
Nancy Hickam, Paralegal