IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | | |
|---|---|---|---|
| Criminal Action: | 23-cr-00349-CNS | Date: | February 9, 2026 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Sarah Mitchell |
| Interpreter: | N/A | Probation: | N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | *Melissa Hindman* |
| | *Tanya Senanayake* |
| **Plaintiff** | |
| v. | |
| 1. DAVIN DANIEL MEYER | *David Kaplan* |
| **Defendant** | |

### COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session: 9:00 a.m.

Appearance of counsel.

Defendant present on bond.

Discussion held on [207] Restricted Document.

**ORDERED:** Defense counsel may file objections to Government expert's tests on or before February 16, 2026, after meaningful conferral.

Discussion held on possible trial settings and ends of justice continuance.

**ORDERED:** Counsel are to confer and then call Chambers to confirm a trial date.

　　　　　　**Defendant's bond is continued.**

Court in Recess: 9:27 a.m.　　　Hearing concluded.　　　Total time in Court: 00:27