IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | |
|---|---|---|
| Criminal Action: | 23-cr-00349-CNS | Date: August 12, 2026 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |
| Interpreter: | N/A | Probation: N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Melissa Hindman*<br>*Alexander Duncan* |
| **v.** | |
| 1. DAVIN DANIEL MEYER<br>**Defendant** | *David Kaplan* |

## COURTROOM MINUTES

### CHANGE OF PLEA HEARING

Court in session: 10:01 a.m.

Appearances of counsel.

Defendant is present on bond.

The Court outlines the history of the case.

The Plea Agreement (Court Exhibit 1) and Defendant's Statement in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the Court.

Defendant is sworn.

Defendant's right to trial by jury and other constitutional rights explained.

Defense counsel outlines the plea agreement.

The Government informs the defendant of the charge and elements of the charge.

Factual basis for the plea agreed upon as outlined in the plea agreement.

Defendant advised of maximum penalties by the Government.

Defendant advised of sentencing guidelines and appeal rights.

Defendant enters plea of guilty to Count 1 of the Indictment pursuant to the plea agreement and admits the forfeiture allegation.

The Court finds that the defendant has knowingly, intelligently, and voluntarily entered a plea of guilty.

**ORDERED**: **The defendant is adjudged guilty of the crime charged, acceptance of the plea agreement by the Court is deferred until the sentencing date.**

**The Probation Department shall conduct a presentence investigation and file a presentence report as required by 18 U.S.C. § 3552 and Fed.R.Crim.P. 32.**

**Sentencing is set for December 17, 2026, at 9:00 a.m. before Judge Charlotte N. Sweeney in Courtroom A-702, Seventh Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.**

As outlined on the record, it is

**ORDERED: Objections to Presentence Investigation Report due in accordance with Fed. R. Crim. P. 32. Sentencing Statements and/or Motions for Variance are due 14 days before the Sentencing Hearing, responses are due 7 days before the Sentencing Hearing.**

Argument given on remaining on the defendant remaining on bond.

**ORDERED: Defendant's bond is continued to the Sentencing Hearing date.**

Court in recess: 10:36 a.m. Hearing concluded. Total time in Court: 00:35