IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 23-cr-00349-CNS

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVIN DANIEL MEYER,

Defendant.

---

**MOTION TO AMEND CONDITIONS OF RELEASE**

---

Comes now David S. Kaplan, counsel for Mr. Meyer, and requests the Court grant this *Motion to Amend Conditions of Release* and as grounds states the following:

## I. Procedural Background

The most recent request to amend conditions of release was filed on June 12, 2026 (ECF 234). It recounted the history of Mr. Meyer's detention, subsequent release, and residential treatment by referencing his *Renewed Moton to Amend Conditions of Release* (ECF No. 212 requesting permission to reside at him family residence) and this Court's Order dated April 13, 2026 (ECF No. 223). Additional briefing was provided to the court concerning this request. (ECF Nos. 215, 216, 220, and 221) On March 27, 2026, a hearing was held on the motion. (ECF No. 219). An order denying the motion entered on April 13, 2026. (ECF No. 223). Mr. Meyer remained at Thomas House.

Due to the closing of the Thomas House residential treatment facility Mr. Meyer's subsequent request to consider a change of placement was heard before Magistrate Judge N. Reid Neureiter on June 23, 2026, and an order issued allowing him to reside

at Monaco House, a residential facility associated with Raleigh House, (where Mr. Meyer had previously participated in residential treatment). Conditions of release were signed by Mr. Meyer and entered on June 23, 2026 (ECF 242). Mr. Meyer has been residing at Monaco House since he left Thomas House on June 23, 2026.

On August 12, 2026, a Change of Plea Hearing was conducted, and Mr. Meyer entered a plea of guilty to Count 1 of the Indictment. His bond was continued allowing him to remain released from detention and continuing to reside at Monaco House. His most recent *Release Status Report* showed him compliant with his conditions of release (ECF #250). Sentencing has been set for December 17, 2026 (ECF #251)

## II. Residential Conditions Update

Counsel for Mr. Meyer received a call from the treatment providers at Monaco House. They expressed concern that Mr. Meyer is no longer in need of the residential treatment program provided by Monaco House. They further expressed a concern that having him continue his residence at their facility, at a very substantial monthly expense, primarily for a place to reside raises ethical concerns about having him remain in this type of treatment. This was particularly true with a sentencing date still two and a half months away. If not for the conditions of his release the treatment providers would be recommending that he continue with out-patient treatment and be given the opportunity to engage in an independent living environment. Monaco House has set September 23rd as his last day at the facility.

Once again, an alternative placement that will allow for the same conditions as imposed when residing at the Monaco House have been explored. Lotus Lodge is a residential facility for those undergoing treatment for substance abuse and mental health disorders. It was the location recommended by Raleigh House when Mr. Meyer completed their programs in November of 2025. (see ECF #159 at 8). Gene Shilling owner and credentialed case manager at Lotus Lodge has been contacted and is again willing to accept Mr. Meyer into their program. As previously indicated, he is aware of Mr. Meyer's circumstances and willing to ensure compliance with the same conditions of release as previously imposed while residing at Monaco House. Lotus Lodge was referenced in Judge Sweeney's Order allowing it to be considered as a potential placement option (ECF #160 fn. 2)

He has now been out of custody for 14 months since July 2, 2025. He has resided at Monaco House for the last two months. He has been compliant with the requirements of all his residential facility placements, and all the conditions of his pretrial release.

## III. Legal Standard

The legal standard for release is familiar to the court and has been contained in many of the pleadings and orders entered in this case and need not now be repeated in detail. (see ECF Nos. 77, 82, 149, 155, 159, 212, and 223). The factors to be considered when determining the least restrictive conditions that will suffice to ensure the safety of the community are contained in 18 U.S.C. §3142 (c)(g). A court at any time, with reference to § 3142 considerations can amend the order by imposing different conditions or release. (18 U.S.C. §3142 (c)(3). Having entered a plea and awaiting

sentencing the provisions of 18 U.S.C. § 3143 are applicable and a finding that Mr. Meyer is appropriate for release pending sentencing was entered without objection.

**IV. Request for Change of Residential Placement**

Due to Monaco House no longer believing that Mr. Meyer is appropriate for their treatment program he is requesting a modification in the conditions of release allowing him to now reside at Lotus Lodge. Mr. Meyer can reside at Lotus Lodge, engage in treatment appropriate to his current needs and continue GPS monitoring by probation services.

**V. Conclusion**

Mr. Meyer has posed no danger while released from detention, has remained in contact with Mr. Junker, his pretrial services officer, attended all court appearances and has been compliance with the terms of his release. The request for a change in placement would include the same terms and conditions of release as is currently required. As commented by this court and Judge Neureiter on previous occasions, Mr. Meyer has done very well while on release and now has great motivation to continue to be compliant, perhaps even more so now that the matter is next set for a sentencing hearing.

The assigned AUSA, Melissa Hindman, has been contacted regarding this request and as of the filing of this motion her position has not been confirmed. It is requested this court enter the appropriate order amending conditions of release. Mr. Meyer will make himself available should the court find it necessary for him to appear to sign new conditions of release.

Dated: September 9, 2026

*s/ David S. Kaplan*
David S. Kaplan
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone: 720.689.8909
Email: Kaplan@slhlegal.com

*Attorney for Davin Meyer*

**Certificate of Service**

I certify that on September 9, 2026, I electronically filed the foregoing *Motion to Amend Conditions of Release* with the Clerk of Court using the CM/ECF system.

*s/ Nancy Vernon*
Nancy Vernon, Paralegal